UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARVIN ESCOBAR,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICA FINCO VELOCITY INVESTMENT, LLC,<br><br>  Defendant. | Case No. 2:19-cv-01311-JAD-NJK<br><br>ORDER<br><br>(Docket No. 4) |

On August 16, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* in the instant case. Docket No. 2. The Court dismissed Plaintiff's complaint with leave to amend and allowed him until September 16, 2019, to file an amended complaint. *Id*.

Plaintiff has now filed a second application to proceed *in forma pauperis*. Docket No. 4. As the Court has already granted his original application, Plaintiff's second application to proceed *in forma pauperis*, Docket No. 4, is **DENIED** as moot. If Plaintiff chooses to file an amended complaint, he may do so no later than September 16, 2019, and must follow the Court's instructions as set forth in Docket No. 2.

IT IS SO ORDERED.

DATED: August 19, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE